■ EFFIE I. WEINER, Respondent, v. EDWARD H. HEIN, Appellant.— In a proceeding to increase the amount now being paid to petitioner for the support of Edward T. Hein, the minor issue of the parties' marriage, pursuant to a Mexican divorce decree into which a separation agreement was incorporated by reference, the appeal is from so much of an order of the Supreme Court, Nassau County, entered March 19, 1974, after a nonjury trial, as increased the amount of support, after a hearing. Order modified, on the facts, by deleting the figure "$175.00" from the second and third decretal paragraphs thereof and substituting therefor the figure "$140". As so modified, order affirmed insofar as appealed from, without costs. The amount of the increase in support

was excessive to the extent indicated herein. Martuscello, Acting P. J., Latham, Cohalan, Brennan and Benjamin, JJ., concur.